The People of the State of New York, on the Complaint of Catherine Sullivan, Respondent, v. Annette Sullivan, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Milton P. Lefkaditis, Respondent, v. East River National Bank, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Arthur H. Lamborn and Others, Copartners, etc., Appellants, v. Seggerman Bros., Inc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

George G. Blair, Respondent, v. Seaboard Air Line Railway, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ. Dowling, J., dissenting.

The People of the State of New York, Respondent, v. John J. McCallum and Another, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

The Marshall Oil Company of Iowa, Respondent, v. North Branch Fire Insurance Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

The Marshall Oil Company of Iowa, Respondent, v. The Peoples National Fire Insurance Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

The Marshall Oil Company of Iowa, Respondent, v. City Insurance Company of Pennsylvania, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Glenbrook Company, Inc., Respondent, v. W. Hunt Hall, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

The People of the State of New York, Respondent, v. Frank Tomaselli, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, . Smith, McAvoy and Martin, JJ.

Sarah Altman, Respondent, v. Booth & Flinn, Ltd., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Joseph Altman, Respondent, v. Booth & Flinn, Ltd., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

The People of the State of New York, Respondent, v. Salvatore Pirrecca, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Scoville Manufacturing Company, Respondent, v. Henry G. Pepino, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ. McAvoy, J., dissenting.

Commissioner of Public Welfare of the City of New York, on Complaint of Elizabeth Perfetto, Respondent, v. William J. Lanahan, Appellant.— Order